JUDGE RONALD B. LEIGHTON

FILED ____ LODGED
RECEIVED
JUN 12 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR06-5206RBL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| LARRY BAILEY, JR., | ) | |
| Defendant. | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

06-CR-05206-ORD

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  4. Taking into account the exercise of due diligence, a continuance is necessary
2  to allow the defendant the reasonable time for effective preparation his defense.  18
3  U.S.C. § 3161(h)(8)(B)(iv).
4  NOW, THEREFORE,
5  IT IS HEREBY ORDERED that the trial date is continued from July 3, 2006 to
6  October 10, 2006, at 9:30 am.  The resulting period of delay from July 3, 2006, to
7  10/10, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §
8  3161(h)(8)(A) and (B).
9  Pre-trial motions are due no later than August 28, 2006.
10  Pre-trial conference shall be on   N/A  , 2006, at ____ am/pm.
11  DONE this 12th day of June, 2006.

_____
JUDGE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/_____        /s/_____
Russell V. Leonard                Kent Y. Liu
Attorney for Defendant            Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710